IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JERRY DON EVANS,** | CIV S-07-1738 LEW GGH P |
| Petitioner, | **ORDER** |
| v. | |
| **D.K. SISTO, et al.,** | |
| Respondents. | |

Good cause appearing, Respondents' request for a thirty-day (30) enlargement of time is granted. Therefore, the Respondents' response to Petitioner's petition for writ of habeas corpus shall be filed no later than December 3, 2007.

Dated: 11/5/07

/s/ Gregory G. Hollows
U.S. Magistrate Judge

ev1738.eot