IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JERRY DON EVANS,

    Petitioner,                   No. CIV S-07-1738 LEW GGH P

    vs.

D.K. SISTO, et al.,

    Respondents.           <u>ORDER</u>

_____/

        Petitioner has requested an extension of time to file a reply to respondent's answer. Good cause appearing, IT IS HEREBY ORDERED that:

        1. Petitioner's December 12, 2007 request for an extension of time is granted; and

        2. Petitioner is granted thirty days from the date of this order in which to file a reply.

DATED: 1/7/08

                                            /s/ Gregory G. Hollows

                                            GREGORY G. HOLLOWS
                                            UNITED STATES MAGISTRATE JUDGE

GGH:bb
evan1738.111