IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

JERRY DON EVANS,  2:07-cv-01738-ATG (HC)

    Petitioner,  ORDER TO SHOW CAUSE

vs.

D.K. SISTO,

    Respondent.

Petitioner is a state prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. § 2254. On March 9, 2009, this court dismissed his petition for habeas corpus. On March 20, 2009, petitioner filed a timely notice of appeal and requested a certificate of appealability from this court. Pursuant to 28 U.S.C. § 2253(c)(2), "[a] certificate of appealability may issue . . . only if the applicant has made a substantial showing of the denial of a constitutional right." Petitioner's notice of appeal did not attempt to make the required "substantial showing."

To show that he is entitled to a certificate of appealability for claims rejected on the merits, petitioner "must demonstrate that reasonable jurists would find [this court's] assessment of the constitutional claims debatable or wrong." *Slack v. McDaniel*, 529 U.S. 473, 484 (2000). To show that he is entitled to a certificate of appealability for claims dismissed on procedural grounds, petitioner must show that reasonable jurists "would find it debatable whether the

-1-

petition states a valid claim of the denial of a constitutional right and . . . would find it debatable whether [this court] was correct in its procedural ruling." *Id.*

Therefore, IT IS HEREBY ORDERED, that, within 14 days of the date of this order, petitioner shall show cause why he is entitled to a certificate of appealability.

Dated: March 23, 2009

/s/ Alfred T. Goodwin

_____
ALFRED T. GOODWIN.
United States Circuit Judge
Sitting by designation